1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | DAVID DAMIAN FIGUEROA, ) | CASE NO. CV10-09268-AHM (JEMx) |
| 12 | Plaintiff(s), ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| 13 | v. ) | |
| 14 | AMERICAN ASSOCIATION OF ) RETIRED PERSONS, et al., ) | |
| 15 | Defendant(s). ) | |
| 16 | ) | |

17

18  The Court having been advised by the parties that the above-entitled action

19  has been settled;

20  IT IS THEREFORE ORDERED that this action is dismissed without

21  prejudice to the right, upon good cause shown within 30 days, to request a status

22  conference be scheduled if settlement is not consummated.

23

24  IT IS SO ORDERED.

25  Date: October 18, 2011                    _____

26  **JS-6**                                   A. Howard Matz
                                              United States District Court Judge

27
28