**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID DAMIAN FIGUEROA,<br><br>    Plaintiff(s),<br><br>v.<br><br>AMERICAN ASSOCIATION OF<br>RETIRED PERSONS, et al.,<br><br>    Defendant(s). | CASE NO. CV10-09268-AHM (JEMx)<br><br>ORDER DISMISSING CIVIL ACTION<br>BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: October 18, 2011

**JS-6**

                                        A. Howard Matz<br>
United States District Court Judge